# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Lynchburg Division

| | |
|---|---|
| **VALERIE DUFORT,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 6:21-cv-00054 |
| **LIBERTY UNIVERSITY, INC.** | ) |
| **Defendant.** | ) |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

The Parties respectfully move this Court for entry of the proposed Agreed Protective Order attached hereto (the "Protective Order").

In support, the Parties state as follows:

1. Entry of the stipulated Protective Order is necessary to protect the Parties' confidential financial, medical, and proprietary business information and the sensitive information of Defendant's students, as such information requires heightened protection from disclosure.

2. The Parties have been operating under the terms of the Protective Order throughout discovery in this matter and would like to continue to operate under these terms for the remainder of this litigation.

3. The Parties have agreed to the terms of the stipulated Protective Order, and seek the Court's approval and entry in the form submitted.

WHEREFORE, the Parties respectfully request entry of the stipulated Protective Order attached hereto.

Dated: November 8, 2022

        Respectfully submitted,

        WOODS ROGERS PLC

        *s/ Leah M. Stiegler*
        King F. Tower, Esq. (VSB No. 38767)
        ktower@woodsrogers.com
        Leah M. Stiegler, Esq. (VSB No. 89602)
        lstiegler@woodsrogers.com
        WOODS ROGERS PLC
        10 South Jefferson Street, Suite 1400
        Roanoke, Virginia 24011
        Telephone: (540) 983-7600
        Facsimile: (540) 983-7711
            *Attorneys for Liberty University, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of November, 2022, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to counsel of record.

*s/ Leah M. Stiegler*