UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
1/9/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

VALERIE DUFORT,

          *Plaintiff,*

v.

LIBERTY UNIVERSITY,

          *Defendant.*

CASE NO. 6:21-cv-00054

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on Defendant's Motion for Summary Judgment. For the reasons set forth in the Court's Memorandum Opinion, the Court **GRANTS** Defendant's Motion, Dkt. 22.

    It is so **ORDERED**.

    The Clerk of Court is directed to deliver a copy of this Order to all counsel of record and to strike this case from the Court's docket.

    Entered this **9th** day of January, 2023.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE