CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/4/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| VALERIE DUFORT,<br><br>    *Plaintiff,*<br>v.<br><br>LIBERTY UNIVERSITY,<br><br>    *Defendant.* | Case No. 6:21-cv-00054<br><br>ORDER<br><br>Judge Norman K. Moon |

  This matter comes before the Court on Plaintiff's motion for reconsideration. For the reasons set forth in the Court's Memorandum Opinion, the Court **DENIES** Plaintiff's motion, Dkt. 40.

  The Clerk of Court is directed to send this Order to all counsel of record and to strike this case from the Court's docket.

  It is so **ORDERED**.

  Entered this  4th  day of April, 2023.

                     */s/ Norman K. Moon*
                     NORMAN K. MOON
                     SENIOR UNITED STATES DISTRICT JUDGE